IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**

OCT 12 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>DANIEL LEWIS MOON,<br><br>    *Defendant.* | SEALED<br><br>Case No. **CR 21-327-RAW** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### ARSON
### [18 U.S.C. § 844(i)]

On or about March 28, 2020, in the Eastern District of Oklahoma, the defendant, **DANIEL LEWIS MOON,** maliciously damaged and attempted to damage and destroy, by means of fire, the Dollar General Store located in Porter, Oklahoma, which was used in an activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
Acting United States Attorney

_/s/ Michael Mazur_

Michael Mazur, NJ Bar # 905492012
Assistant United States Attorney